IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRIMINAL PRODUCTIONS, INC.,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 17-706 |
| | : | |
| **JOHN DOES 1-5,** | : | |
| Defendants. | : | |
| | : | |

# O R D E R

**AND NOW**, this 10th day of March, 2017, it is hereby **ORDERED** that Plaintiff shall submit a weekly status report on its efforts to identify and serve the Doe Defendants **no later than** 2:00 p.m. every Friday, beginning **today, March 10, 2017**. Specifically, Plaintiff shall address: (1) when, and upon whom, it has served Rule 45 subpoenas; and (2) whether it has received a response to any subpoena that identifies a Doe Defendant. If Plaintiff has received a response that identifies a Doe Defendant, Plaintiff shall: (1) detail what, if any, efforts it has made to serve the Summons and Complaint on that Doe Defendant; and (2) state whether it has otherwise contacted the Doe Defendant, and, if so, explain the nature of that contact. This Order shall terminate upon Plaintiff's service of all Defendants with the Summons and Complaint.

**IT IS FURTHER ORDERED** that the **CLERK OF COURT** shall **PLACE** this case in the **CIVIL SUSPENSE FILE** pending service of the Summons and Complaint upon all Defendants.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.