IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC.,<br><br>                Plaintiff<br><br>        v.<br><br>JOHN DOES 1-5,<br><br>                Defendants | Docket. No. 2:17-cv-00706<br><br>**STATUS REPORT** |

    Pursuant to the Court's Order directing Plaintiff's Counsel to file weekly status reports by 2:00 PM each Friday beginning March 10, 2017 (DE 7), the following status report is submitted:

    A Subpoena, the Court's February 22, 2017 Order and the Court-Directed Notice Regarding Issuance of Subpoena have been served on Comcast Corporation. The return date of the Subpoena is April 14, 2017.

    S/Lee M. Herman
    Lee M. Herman, Esquire
    426 E. Baltimore Avenue
    Media, PA  19063
    P:    (610) 891-6500
    F:    (215) 689-1930
    E:    lmh@lmhlaw.com

*Attorney for Plaintiff,*
*Criminal Productions, Inc.*

March 17, 2017