IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRIMINAL PRODUCTIONS, INC., | | |
| | Plaintiff | Docket. No. 2:17-cv-00706 |
| v. | | |
| CONSTANC STASMNEY, MITCHELL WILLIAMS, REBECCA RODRIGUEZ, AND RIFAT "RAY" RAZEQ | | **STATUS REPORT** |
| | Defendants | |

Pursuant to the Court's Order directing Plaintiff's Counsel to file weekly status reports by 2:00 PM each Friday beginning March 10, 2017 (DE 7), the following status report is submitted:

An Amended Complaint has been filed. The Clerk has issued a Summons for each Defendant. Service will be attempted within seven (7) days.

S/Lee M. Herman
Lee M. Herman, Esquire
426 E. Baltimore Avenue
Media, PA  19063
P:      (610) 891-6500
F:      (215) 689-1930
E:      lmh@lmhlaw.com

*Attorney for Plaintiff,
Criminal Productions, Inc.*

May 19, 2017