IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRIMINAL PRODUCTIONS, INC.,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 17-706 |
| | : | |
| **CONSTANC STASMNEY,** | : | |
| Defendant. | : | |
| | : | |

## O R D E R

**AND NOW**, this 25th day of August, 2017, upon consideration of Plaintiff's October 11, 2017 Status Report indicating that it "believe[s] that Defendant may be deceased" (Doc. No. 58), it is hereby **ORDERED** that Plaintiff's Third Amended Complaint (Doc. No. 56) is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.